**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Ohio**

Case number *(if known)*: _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legacy North Royalton Operating Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-1382631** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **c/o DMD Management, Inc.** |
| **9055 W. Sprague Rd.** | **12380 Plaza Dr.** |
| Number    Street | Number    Street |
| **Parma**     **OH**    **44129** | **Cleveland**    **OH**    **44130** |
| City    State  Zip Code | City    State  Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **CUYAHOGA** | |
| County | Number    Street |
| | City    State  Zip Code |

5. **Debtor's website (URL)**    _____

Debtor    **Legacy North Royalton Operating Company, LLC**                    Case number *(if known)* _____
     Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business:** | A. *Check one:* |
| | | ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **6231**

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☑ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☐ Chapter 11. *Check **all** that apply:* |

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

| Debtor | **Legacy North Royalton Operating Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM/DD/YYYY

District _____  When _____  Case number _____
MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  **See attached**  Relationship  **Affiliate**

District  **Southern District of Ohio**  When  **8/5/2025**
MM/DD/YYYY

Case number, if known  _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number          Street

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

Copyright © Financial Software Solutions, LLC                                                BlueStylus

| Debtor | **Legacy North Royalton Operating Company, LLC** | Case number *(if known)* | |
|--------|--------|--------|--------|
| | Name | | |

## Statistical and administrative information

**13.** **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☒ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15.** **Estimated assets**

☐ $0-$50,000  ☒ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000  ☒ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **8/5/2025**
　　　　　　　　 MM / DD / YYYY

X **/s/ James  Taylor**　　　　　　　　　　　**James Taylor**
Signature of authorized representative of debtor　　Printed name

Title    **Authorized Representative**

Debtor   **Legacy North Royalton Operating Company, LLC**                    Case number *(if known)* _____
            Name

18.   **Signature of attorney**              ✗   **/s/ Richard K. Stovall**              Date   **8/5/2025**
                                                 Signature of attorney for debtor                 MM / DD / YYYY

                                                 **Richard K. Stovall**
                                                 Printed name

                                                 **Allen Stovall Neuman & Ashton LLP**
                                                 Firm name

                                                 **10 West Broad Street, Suite 2400**
                                                 Number          Street

                                                 **Columbus**                        **OH**        **43215**
                                                 City                                 State         ZIP Code

                                                 **(614) 221-8500**                   **stovall@asnalaw.com**
                                                 Contact Phone                        Email address

                                                 **0029978**                          **Ohio**
                                                 Bar number                           State

# ATTACHMENTS TO VOLUNTARY PETITION

## PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF THE DEBTOR

On August 5, 2025, each of the affiliated entities listed below (including the debtor in this case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Ohio.

| Entity Name | FEIN |
|---|---|
| Legacy Beavercreek of Dayton Operating Company, LLC | 92-1372777 |
| Legacy Miamisburg Operating Company, LLC | 88-4405118 |
| Legacy Centerville Operating Company, LLC | 92-1359368 |
| Legacy Kettering Operating Company, LLC | 92-1373105 |
| Buckeye Chai Holding Company, LLC | 92-1357940 |
| Legacy Barberton Operating Company, LLC | 92-1358780 |
| Legacy Bucyrus Operating Company, LLC | 92-1359072 |
| Legacy of Chillicothe Operating Company, LLC | 92-1359656 |
| Legacy Dublin Operating Company, LLC | 92-1372601 |
| Legacy Hillsboro Operating Company, LLC | 92-1372919 |
| Legacy Marietta Operating Company, LLC | 88-4402746 |
| Legacy Marion Operating Company, LLC | 88-4405347 |
| Legacy Mentor Operating Company, LLC | 92-1381322 |
| Legacy North Royalton Operating Company, LLC | 92-1382631 |
| Legacy Perrysburg Operating Company, LLC | 92-1382829 |
| Legacy Riverview of South Point Operating Company, LLC | 92-1401129 |
| Legacy Twinsburg Operating Company, LLC | 92-1401442 |
| Legacy Westerville Operating Company, LLC | 92-1401894 |
| Legacy Willoughby Operating Company, LLC | 88-4411953 |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than governmental units, that directly or indirectly own 10% of more of any class of the equity interests in the debtor in this case:

Buckeye Chai Holding Company, LLC     –       100%

## SUBMISSION OF CORPORATE RESOLUTION

The debtor in this case submits the attached action of the sole member of the debtor authorizing the filing of this bankruptcy proceeding.

### ACTION BY SOLE MEMBER OF LEGACY NORTH ROYALTON OPERATING COMPANY, LLC IN LIEU OF MEETING
### (O.R.C. § 1706.30(D))

The undersigned, being the sole member of Legacy North Royalton Operating Company, LLC, an Ohio limited liability company (the "Company"), hereby adopts the following resolutions:

**WHEREAS**, the Company, through its sole member, deems it advisable and in the best interests of the Company, its creditors, and all parties in interest to seek relief under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code"), and to employ competent professional assistance to guide the Company through the bankruptcy process. It is, therefore:

**RESOLVED**, that the Company be, and hereby is, authorized to file a petition for relief under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Proceeding") and to seek any relief permitted under the Bankruptcy Code, as deemed appropriate by the authorized representative of the Company as established herein; and

**RESOLVED FURTHER**, that James Taylor be, and hereby is, established as the "Authorized Representative" of the Company and may execute and file on behalf of the Company any and all petitions for relief, papers and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all papers and documents incidental thereto or in furtherance of the bankruptcy relief authorized hereunder; and

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to retain the law firm of Allen Stovall Neuman & Ashton, LLP as legal counsel to represent the Company in connection with the Bankruptcy Proceeding; and

**RESOLVED FURTHER**, that all actions previously taken or that will be taken by the undersigned as the sole member or the Authorized Representative (as established herein) on behalf of the Company in connection with or related to the matters set forth in, or reasonably contemplated by, the foregoing Resolutions, be, and hereby are, adopted, ratified, confirmed and approved in all respects as acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned, being the sole member of the Company, has executed this document which shall constitute an original to be effective as of August 4, 2025.

**Buckeye Chai Holding Company, LLC,**
an Ohio limited liability company, as sole member

By: _____
Name: James Taylor
Title: Authorized Representative