## United States Bankruptcy Court

### Southern District of Ohio

In re  **Legacy North Royalton Operating Company, LLC**                Case No.   **25-31566**
                                       Debtor(s)                       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **8/5/2025**                                              **/s/ James  Taylor**
                                                                  **James  Taylor**
                                                                  Signature of Debtor

Copyright © Financial Software Solutions, LLC

A Luncheon Time
640 Dover Center Rd
Bay Village, OH 44140


A-1 SPRINKLER CO., INC.
2383 Northpointe Dr
Miamisburg, OH 45342


A-1 SYSTEMS INTEGRATION LLC
2383 Northpointe Dr
Miamisburg, OH 45342


ACCELERATED CARE PLUS
13828 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ADVOWASTE MEDICAL SERVICES, LLC
PO Box 356
Lakewood, NJ 8701


AFFORDABLE UNIFORMS ONSITE
4934 TURNEY RD
Garfield Heights, OH 44125


ALL-STAT PORTABLE OH
8235 Christiana Ave
Skokie, IL 60076


ALLEN DRAIN SERVICE, INC.
1008 Mogadore Rd
Kent, OH 44240


AMAZON CAPITAL SERVICES, INC
PO BOX 035184
Seattle, WA 98124

Copyright © Financial Software Solutions, LLC

AMERICAN HEALTH ASSOCIATES (CINCINNATI)
PO Box 2517
Carol Stream, IL 60132


AMERICAN MESSAGING SERVICES, LLC
1720 Lakepointe Dr
Suite 100
Lewisville, TX 75057


ANTONIO MIDEA
3703 Braemar Dr
Broadview Hts, OH 44147


AQUATIC DREAMS
29290 LORAIN ROAD
NORTH OLMSTED, OH 44070


ARAMSCO, INC
PO Box 783956
Philadelphia, PA 19178


Beachwood Transportation LLC
26210 Emery Rd
Suite 305
Warrensville Heights, OH 44128


Benesch, Friedlander, Coplan  Arnonoff LLP
Benesch, Friedlander, Coplan  Arnonoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114


BEST PLUMBING SPECIALTIES, INC.
P.O. BOX 750
MYERSVILLE, MD 21773

Copyright © Financial Software Solutions, LLC

BIOMETRIC INFORMATION MANAGEMENT
6059 FRANTZ RD
Suite 102
DUBLIN, OH 43017


BLUE SKY THERAPY
1601 2nd Street
Moundsville, WV 26041


Bricker Graydon
Bricker Graydon
100 South Third Stret
Columbus, OH 43215


BRICKER GRAYDON LLP
PO Box 632038
Cincinnati, OH 45263


BUSINESSVOICE INC.
1600 MADISON AVENUE
TOLEDO, OH 43604


Cerena R Mangum
1957 Hilton Road
Unite 2
Cleveland, OH 44112


Ceridian HCM, Inc.
3311 E. Old Shakopee Rd., Ste 400
Minneapolis, MN 55425


CERTASITE, LLC
P.O.BOX 772443
DETROIT, MI 48277

**CERTIFIED PEST CONTROL**
239 OLD BROOKPARK RD
CLEVELAND, OH 44109

Christine Choukalas
21452 Royalton Road
Strongsville, OH 44149

**CITY OF CLEVELAND DIVISION OF WATER**
P.O. BOX 94540
CLEVELAND, OH 44101

**COLUMBIA GAS**
P O BOX 4629
Carol Stream, IL 60197

**COMFORT ENVIRONMENTAL CO.**
5042B CORBIN DR
Bedford Heights, OH 44128

**CONCENTRA MEDICAL CENTERS**
P.O. BOX 5012
SOUTHFIELD, MI 48086

**CUMMINS INC.**
PO Box 772639
Detroit, MI 48277

**DARREN LAMBERT**
4315 Center Road
Conneaut, OH 44030

**DAVEY RESOURCE GROUP**
PO Box 773218
Detroit, MI 48277

Copyright © Financial Software Solutions, LLC

DAVID FOX, MD
6635 CHAGRIN RIVER  RD
Chagrin Falls, OH 44022


DELTA DENTAL
PO BOX 633198
CINCINNATI, OH 45263


DEPENDENT SPECIALISTS, INC.
30211 Avenida de las Banderas
Suite 200
Rancho Santa Margarita, CA 92688


DIRECT SUPPLY, INC.
BOX 88201
MILWAUKEE, WI 53288


DMD Management, Inc.
Attn: Jacob Homolya, General Counsel
12380 Plaza Drive
Parma, OH 44130


EAST SIDE JERSEY DAIRY, INC.
126 Brady Road
Battle Creek, MI 49037


ENGIE INSIGHT SERVICES, INC.
1313 N. Atlantic St
Suite 5000
Spokane, WA 99201


FIRST CHOICE COFFEE SERVICES
1460 Combermere Dr
Troy, MI 48083

Copyright © Financial Software Solutions, LLC

**FITZSIMMONS HOSPITAL SERVICES**
**P.O. BOX 497**
**OAK FOREST, IL 60452**


**FUSION LLC**
**PO BOX 411467**
**Boston, MA 02241**


**GRAINGER (PROMEDICA)**
**100 Grainger Parkway**
**Lake Forest, IL 60045**


**HCSG Labor Supply**
**3220 Tillman Drive, Ste. 3009**
**Bensalem, PA 19020**


**HD SUPPLY FACILITIES MAINTENANCE**
**PO BOX 509058**
**SAN DIEGO, CA 92150**


**Health Care Services Group, Inc.**
**3220 Tillman Drive, Ste. 3009**
**Bensalem, PA 19020**


**Healthcare Services Group**
**PO Box 829677**
**Philadelphia, PA 19182**


**HOBART SERVICE**
**PO Box 2517**
**Carol Stream, IL 60132**


**HW & Co CPAs & Advisors**
**7530 Lucerne Dr., Ste. 101**
**Cleveland, OH 44130**

ILLUMINATING COMPANY
PO BOX 3687
AKRON, OH 44309


IMAGE ONE CORPORATION
13201 Capitol St
Oak Park, MI 48237


INTEGRATED VASCULAR SERVICES, LLC
1452 STATE ROUTE 344
Salem, OH 44460


IntelyCare, Inc.
1250 Hancock Street, Ste. 501N
Quincy, MA 2169


INTERFINISH LLC
9500 MIDWEST AVE.
SUITE 100
Cleveland, OH 44125


IRON MOUNTAIN, INC.
PO Box 27128
New York, NY 10087


JOERNS HEALTHCARE LLC
2430 WHITEHALLL PARK DRIVE
SUITE 100
Charlotte, NC 28273


JOHN H. THAYER
3727 RIEDHAM ROAD
Shaker Heights, OH 44120

Copyright © Financial Software Solutions, LLC

KKSG & ASSOCIATES, INC
67 E. Wilson Bridge Road
Suite 201
Worthington, OH 43085


LAKE ERIE ELECTRIC, INC.
25730 First Street
Westlake, OH 44145


LAKESIDE LAUNDRY EQUIPMENT
26851 Richmond Rd
Bedford, OH 44146


LAKETEC COMMUNICATIONS, INC.
27881 LORAIN ROAD
North Olmsted, OH 44070


Leading Edge Administrators
14 Wall St., Suite 5B
New York, NY 10005


LEGACY NORTH ROYALTON PETTY CASH
9055 W SPRAGUE ROAD
PARMA, OH 44133


MAGNETIC SPRINGS WATER COMPANY
1917 JOYCE AVENUE
PO Box 182076
COLUMBUS, OH 43219


MATTHEW J. FRANTZ
20835 Fawnhaven Dr
Royalton, OH 44133

Copyright © Financial Software Solutions, LLC

**MEDICAL EQUIPMENT SERVICES, INC.**
PO Box 157
Holly Springs, NC 27540


**MEDICAL ESTATE RECOVERY**
150 East Gay Street
21st Floor
Columbus, OH 43215


**MEDLINE INDUSTRIES INC.**
BOX 382075
PITTSBURGH, PA 15251


**MEDWIZ OF ILLINOIS LLC**
167 Route 304
Bardonia, NY 10954


**MINUTEMEN HR MANAGEMENT SERVICES, LLC**
3740 Carnegie Ave
2nd Floor
Cleveland, OH 44115


**MORSCH MEDICAL**
P.O. BOX 446
BEREA, OH 44017


**NATIONAL DATACARE CORPORATION**
14155 NEWBROOK DR.
SUITE 200
Chantilly, VA 20151


**Nationwide Mutual Insurance Company**
1 Battery Park Plaza, 30th Floor
New York, NY 10004

Copyright © Financial Software Solutions, LLC

**OHIO AMBULANCE SOLUTIONS LLC**
PO Box 74036
Cleveland, OH 44194


Ohio Attorney General
Collection Enforcement
30 East Broad Street, 14th Floor
Columbus, OH 43215


**OHIO ATTORNEY GENERAL ATTN: FINANCE**
P.O. Box 365
London, OH 43140


Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15667
Columbus, OH 43215


Ohio Dept. of Job & Family Services
Attn Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43213


Ohio Dept. of Medicaid
Office of Legal Counsel
PO Box 182709
COLUMBUS, OH 43218


Ohio Dept. of Taxation
Attn: Bankruptcy Division
PO Box 530
COLUMBUS, OH 43216-0530


**ORIENTAL TRADING COMPANY INC**
4206 S 108th St.
Omaha, NE 68137

Copyright © Financial Software Solutions, LLC

OTTO BY PRODUCTS, INC.
2865 W. 3RD STREET
Cleveland, OH 44113


PARADYM HEALTHCARE
3728 BRAEMAR DR
Richfield, OH 44286


Parma SNF Healthcare, LLC
C/O PACS
Attn: General Counsel
262 N. University Ave.
Farmington, UT 84025


PAVLIN'S YARD MAINTENANCE INC
12555 York Delta Drr
North Royalton, OH 44133


Penn's Medical Transport
15728 Lorain Ave
Unite 40
Cleveland, OH 44111


PITNEY BOWES BANK INC PURCHASE POWER
PO Box 981026
Boston, MA 2298


PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO Box 981022
Boston, MA 2298


POINTCLICKCARE TECHNOLOGIES INC (WESCOM)
5570 EXPLORER DRIVE
MISSISSAUGA, L4W 0C4

Copyright © Financial Software Solutions, LLC

PointClickCare Technologies, Inc.
4470 Explorer Drive
Mississauga, ON L4W 0C4


PRIME CARE TECHNOLOGIES, INC.
PO Box 931407
Atlanta, GA 31193


Pro Door and Security, Inc
1339 Easton Drive
Akron, OH 44310


PROFORMA SPECIALTY PRINTING
PO BOX 640814
Cincinnati, OH 45264


Providence Administrative Consulting Service, Inc.
Attn: General Counsel
262 N. University Ave.
Farmington, UT 84025


PURCHASE POWER
PO Box 981026
Boston, MA 2298


PV Business Solutions Inc
3600 S. State Road
Suite 204
Miramar, FL 33023


QUADIENT FINANCE USA, INC.
P.O.BOX 6813
Carol Stream, IL 60197

Copyright © Financial Software Solutions, LLC

**RELMEC MECHANICAL LLC**
**4975 Hamilton Ave**
**Cleveland, OH 44114**


**Reminger Co., LPA**
**200 Public Square, Suite 1200**
**Cleveland, OH 44114**


**RESOLUTE INDUSTRIAL LLC**
**PO BOX 734443**
**Chicago, IL 4443**


**Salsbury & Salsbury, LPA**
**5611 Hudson Dr., Suite 400**
**Hudson, OH 44236**


**SB2, INC.**
**1426 N. 3RD ST.**
**SUITE 200**
**Harrisburg, PA 17102**


**Schill Grounds Management**
**5000 Mills Industrial Parkway**
**North Ridgeville, OH 44039**


**Scottsdale Surplus Lines Insurance Company**
**8877 N. Gainey Center Dr.**
**Scottsdale, AZ 85258**


**SHIFTMED, LLC**
**7925 JONES BRANCH DRIVE**
**SUITE 1100**
**Maclean, VA 22102**

Copyright © Financial Software Solutions, LLC

Silversphere, LLC
265 Clyde Morris Blvd
Ste 100
Ormond Beach, FL 32174


SIMTAX, INC.
4580 Monet Place
CLEVELAND, OH 44124


SOLID BLEND TECHNOLOGIES
10 GRANITE DR.
DAYTON, OH 45415


SOUTHWEST GENERAL HEALTH CENTER
18697 BAGLEY ROAD
MIDDLEBURG HTS, OH 44130


SPECTRUM BUSINESS (223085)
PO Box 223085
Pittsburgh, PA 15251


STAPLES BUSINESS ADVANTAGE
DEPT DET 2368
P.O. BOX 83689
CHICAGO, IL 60696


STAR INC
46405 TELEGRAPH RD
AMHERST, OH 44001


Stefanik, Iosue &Associates
1109 Carnegie Avenue, 2nd Floor
Cleveland, OH 44115

Copyright © Financial Software Solutions, LLC

SUN LIFE FINANCIAL
P.O. BOX 807009
KANSAS CITY, MO 64184

TECHNICAL GAS PRODUCTS, INC.
101 NORTH PLAINS INDUSTRIAL RD 1B SUITE 1
Wallingford, CT 6492

TED LITCHNEY
4498 CARSTEN LANE
NORTH OLMSTED, OH 44070

TEN10 DESIGN LLC
119 Main St.
CHARDON, OH 44024

TESCO SPECIALITY VEHICLES, LLC
5434 NAVARRE AVE
PO BOX 167230
Oregon, OH 43616

THE NOLA GROUP LLC
P.O.BOX 2071
Mansfield, TX 76063

THE SHERWIN WILLIAMS CO. (PARMA HEIGHTS)
6633 Pearl Rd
Parma Heights, OH 44130

THOMAS E. MANDAT, M.D.
5592 BROADVIEW ROAD
SUITE 103
Parma, OH 44134

Copyright © Financial Software Solutions, LLC

Treasurer State of Ohio
Attn: Fiscal Elevators
6606 Tussing Rd
PO Box 4009
Reynoldsburg, OH 43068


TRIDENTCARE (825714)
PO Box 825714
Philadelphia, PA 19182


ULLMAN OIL COMPANY
PO BOX 23399 9812
9812 E WASHINGTON ST
CHAGRIN FALLS, OH 44023


Van N Eidom
5206 Hanover Drive
Medina, OH 44256


WBS Rehabilitation Service, Inc.
510 W. Main Street
Canfield, OH 44406


Wellsky Corporation
11300 Switzer Rd.
Overland Park, KS 66210


WESTBAY FLOOR SOURCE
30733 Detroit Rd
Westlake, OH 44145


WOUND HEALING TECHNOLOGIES CORP.
1820 Avenue M
Suite 238
Brooklyn, NY 11230